ROBINSON'S HOME OUTFITTING COMPANY *v.*
GLOBE INDEMNITY COMPANY

INSURANCE—FIRE INSURANCE—LIMITATION OF ACTION—"QUESTION
OF LOSS".
   Fire insurance policy's requirement that an action against the
   insurer must be commenced within 12 months after the incep-
   tion of the loss means that the limitation period runs from
   the date on which the damage occurred, not from the date on
   which defendant denied liability.

Appeal from Ingham, Sam Street Hughes, J.
Submitted Division 2 December 15, 1970, at Lansing.
(Docket No. 7968.)   Decided February 23, 1971.

Complaint by Robinson's Home Outfitting Com-
pany against Globe Indemnity Company and other
insurance companies for breach of contracts.   De-
fendants' motion for summary judgment denied.
Defendants appeal.   Reversed and remanded with
instructions to grant defendants' motion.

*Anderson, Carr & Street,* for plaintiff.

*Carl L. Reagh,* for defendants.

Before: BRONSON, P. J., and R. B. BURNS and
HOFF,* JJ.

---

* Circuit judge, sitting on the Court of Appeals by assignment.

---

REFERENCE FOR POINTS IN HEADNOTE
43 Am Jur 2d, Insurance § 1910.

Per Curiam. The plaintiff's building and its contents were damaged on January 22, 1967. Defendant insurance companies denied liability under the policies on March 21, 1967. On March 1, 1968, the plaintiff instituted this action. The defendants moved for summary judgment under GCR 1963, 117.2(1), and the motion was denied. They now appeal on leave granted.

Defendants contend that the plaintiff has not stated a claim upon which relief can be granted because the suit was commenced more than 12 months after the inception of the loss. In accordance with MCLA §§ 500.2806, 500.2832 (Stat Ann 1957 Rev §§ 24.12806, 24.12832), the policies contained the following clause:

"No suit or action on this policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this policy shall have been complied with, and unless commenced within twelve months next after inception of the loss."

This limitation period runs from the date on which the damage occurred, not from the date on which defendants denied liability. *Lentz* v. *Teutonia Fire Insurance Co.* (1893), 96 Mich 445; *Barry & Finan Lumber Co.* v. *Citizens' Insurance Co.* (1904), 136 Mich 42; *Dahrooge* v. *Rochester German Insurance Co.* (1913), 177 Mich 442. *Cf. Guastello* v. *Citizens Mutual Insurance Company* (1968), 11 Mich App 120.

The order of the trial court is reversed and the cause is remanded with instructions to grant the defendants' motion for summary judgment.

Costs to appellants.